UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>  Debtors in Foreign Proceedings. | )<br>)  Chapter 15 Case<br>)<br>)  Case No. 10-13164 (JPM)<br>)<br>)  Jointly Administered<br>) |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), et al.,<br><br>              Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH INTERNATIONAL, et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  Adv. Pro. No. 11-01463 (JPM)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING MERRILL LYNCH INTERNATIONAL'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Defendant Merrill Lynch International ("Defendant") filed a motion to dismiss the Third Amended Complaint for lack of personal jurisdiction (the "Motion"). ECF No. 96. The Court held a hearing on the Motion to Dismiss on October 25, 2023 (the "Hearing"). The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, the arguments presented by Plaintiffs and Defendant at the Hearing, and the Third Amended Complaint. The Court issued a memorandum decision, dated February 7, 2024, regarding the Motion (the "Decision"). ECF No. 176. Based on the record in this adversary proceeding, including the Decision,

**IT IS ORDERED**:

1. The Motion to dismiss the Third Amended Complaint for lack of personal jurisdiction is denied.

2. The Court shall retain jurisdiction to implement or enforce this Order.

**SO ORDERED.**

Dated:   February 22, 2024
         New York, New York

/S/ John P. Mastando III
THE HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE